UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO-17-5131-GF-JTJ |
|---|---|
| Plaintiff, | Ticket Number: 6027511<br>Location Code: M13<br>Disposition Code: PP |
| vs. | |
| ROBIN FRANDSEN, | JUDGMENT IN A CRIMINAL CASE |
| Defendant. | |

The Defendant, Robin Frandsen, was present in court and entered a plea of guilty to the charge of PARKING OFF ROAD.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

    1. Defendant must pay a fine in the amount of $70.00 plus $30.00 Special Assessment for PARKING OFF ROAD for a total of $100.00. The fine has been paid in full, receipt number MTX400011692.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a

copy with Magistrate Judge Johnston. If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal. You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: August 11, 2017.

DATED this 16th day of August, 2017.

_____
John Johnston
United States Magistrate Judge